IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID D. SANTI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-0729 |
| | ) | |
| v. | ) | |
| | ) | Honorable Arthur J. Schwab |
| FALCONI ENTERPRISE, | ) | |
| ANGELO F. FALCONI, | ) | |
| ANGELO M. FALCONI, | ) | |
| ANGIE'S WASHINGTON HONDA | ) | |
| HARLEY DAVIDSON, | ) | |
| | ) | |
| Defendants. | ) | |

## **DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned, counsel for defendants in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

Respectfully submitted,

/s/ Christina I. Kepplinger
Phillip J. Binotto, Jr.
Pa. Id. No. 21817
Jana Phillis Grimm
Pa. Id. No. 51227
Christina I. Kepplinger
Pa. Id. No. 91611
Eckert Seamans Cherin & Mellott LLC
1001 Corporate Drive, Suite 200
Canonsburg, PA 15317
(724) 873-2870

Attorneys for Defendants,
Falconi Enterprises, Angelo F. Falconi,
Angelo M. Falconi, and Angie's
Washington Honda Harley-Davidson.